■ GABRIEL PALKA, Appellant, v MIKHAEL KROLL et al., Defendants, and WELGER/SIEGEL FINANCIAL GROUP, Respondent.—Order and judgment (one paper), Supreme Court, New York County (John Bradley, J.), entered on August 9, 1985, unanimously affirmed, without costs and without disbursements, for the reasons stated by John Bradley, J. Concur—Kupferman, J. P., Sullivan, Carro and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BRADDOCK, Appellant.—Determination of the appeal from judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on May 21, 1984, is held in abeyance, and application by appellant's counsel to be relieved of the assignment denied. No opinion. Concur—Sandler, J. P., Carro, Asch, Milonas and Kassal, JJ.